# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



OCT 13 AM 7:50

| UNITED STATES OF AMERICA, | CASE NO. 11CR4318-L |
| --- | --- |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JENNY NORIEGA GOMEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:
21:952 AND 960 ; 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/11/11

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE